DEN NORSKE AMERIEKALINJE ACTIESSELSKABET, Appellant, v. SUN PRINTING AND PUBLISHING ASSOCIATION and Another, Respondents.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.; Scott and Smith, JJ., dissented.